IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                   Criminal Action No.
                                          22-00048-29-CR-W-DGK

SEVILLE S. GARDNER,

          Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: <u>Count 1</u>: Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

          <u>Forfeiture Allegation One</u>

**TRIAL COUNSEL**:
      Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Williams
          Case Agent: ATF Special Agent Elizabeth White
       Defense: Craig M. Divine and Paralegal Adelaide Ross

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**:  Government - Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
      <u>Government</u>: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
      <u>Defense</u>: 2 witnesses, including Defendant who    ( ) will
                                                   (x) may
                                                   ( ) will not testify

**TRIAL EXHIBITS**:
      Government: 300 exhibits with four defendants
      Defense: 12 exhibits

**DEFENSES**:
      (x)     defense of general denial
      ( )     defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      ( ) Definitely for trial            (x) Possibly for trial
      ( ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME: 10 days for trial with four defendants**
      Government's case including jury selection: 7-8 days
      Defense case: .5 day

**STIPULATIONS**:
      ( )      not likely
      ( )      not appropriate
      (x)      likely as to:
            (x)      chain of custody
            (x)      chemist's reports
            ( )      prior felony conviction
            ( )      interstate nexus of firearm
            ( x )   other: basic foundational issues

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: On or before June 24, 2024
      Defense: On or before June 24, 2024
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
      **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th. Defense Counsel is a state's witness in Division 17, District Court of Johnson County, Kansas, *State of Kansas v. Dale Willis*, on July 19th.

**OTHER**:
      ( )      A _____-speaking interpreter is required.
      ( )      Other assistive devices:

      **IT IS SO ORDERED.**

                             */s/ Jill A. Morris*
                             JILL A. MORRIS
                             United States Magistrate Judge